Submitted June 9, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Ishmael, Appellant.

Submitted June 9, 1969. *Alfred P. Filippone,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Argued June 12, 1969. *E. J. O'Halloran,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted June 9, 1969.
*Thomas E. Harting,* for appellant; *Henry J. Rutherford,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Argued June 11, 1969. *Anthony J. De Fino,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Barnett S. Lotstein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kelly, Appellant.

Submitted April 14, 1969.
*Charles E. Dillon,* for appellant; *Robert F. Hawk,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kidd, Appellant.

Submitted June 9,